

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00622-CV

**IN RE** Marissa **PETERSON**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: February 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On September 22, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion to stay trial court proceedings pending the resolution of her petition for writ of mandamus, which this court granted on October 3, 2022. After considering the petition, real party in interest's response, relator's reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 3, 2022 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-19610, styled *Marissa Peterson v. HEB Grocery Co., LP.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.